CHAMBERS OF
**CLAUDE M. HILTON**
CHIEF JUDGE

TELEPHONE: (703) 299-2112
FACSIMILE: (703) 299-2233

July 2, 2003

The Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Thomas Circle, Northeast - Suite 2-301
Washington, D.C.  20544

    Re: Amended Financial Disclosure Report for 2002

Dear Judge Lisi:

    In response to your letter dated June 12, 2003, I am enclosing an amended Financial Disclosure Form for Part VII, Page 3, which corrects lines 37 through 41 in Column B(1).  Also, I have included the codes in Column D(3) which indicate the value of the acquired assets.

    If I can provide any additional information, please contact me.

Very truly yours,

███████████████

CMH/jlh
Enclosures

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Hilton, Claude M | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>5/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief, U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ⦿ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>401 Courthouse Square<br><br>Alexandria, Va, 22314-5799 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)
☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)
☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

# III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)
☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |

RECEIVED May 24 10 51 AM '04 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason Law & Economics Center | Transportation, food, lodging to attend seminar May 6-12, 2003 |

## V. GIFTS. - (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hilton, Claude M | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Crestar Bank-Arlington, Virginia | B | Interest | J | T | | | | | |
| 2. Shearson Lehman Hutton Cash Reserve | B | Interest | K | T | | | | | |
| 3. Promissory Note - David D. Pilverlait | A | Interest | J | T | | | | | |
| 4. First Union Bank Arlington, Virginia | | None | J | T | | | | | |
| 5. Promissory Note - Leslie M. Cecil, Trustee | A | Interest | J | T | | | | | |
| 6. Carr America - Common | A | Dividend | J | T | | | | | |
| 7. NVR, Inc. - Common | A | Dividend | J | T | | | | | |
| 8. Wal-Mart Stores, Inc. - Common | A | Dividend | K | T | | | | | |
| 9. Templeton Emerg.Mkts. | A | Dividend | J | T | | | | | |
| 10. First Fin. Fund | A | Dividend | J | T | | | | | |
| 11. Walden Ban Corp., Inc. - Common | A | Dividend | J | T | | | | | |
| 12. Mercantile Bank Shrs. - Common | A | Dividend | J | T | | | | | |
| 13. Southern Co. - Common | A | Dividend | J | T | | | | | |
| 14. Speedway Motorsports - Common | A | Dividend | J | T | | | | | |
| 15. Petersburg, Virginia - Bonds | A | Dividend | K | T | | | | | |
| 16. Fairfax County, Virginia – Bonds | A | Dividend | K | T | | | | | |
| 17. First Union Bank Arlington, Virginia | C | Dividend | K | T | | | | | |
| 18. Sun Beam Common | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:     A  = $1,000 or less     B  = $1,001-$2,500     C  = $2,501-$5,000     D  = $5,001-$15,000     E  = $15,001-$50,000
(See Columns B1 and D4)     F  = $50,001-$100,000     G  = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J  = $15,000 or less     K  = $15,001-$50,000     L  = $50,001-$100,000     M  = $100,001-$250,000
(See Columns C1 and D3)     N  = $250,000-$500,000     O  = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
     P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q  = Appraisal     R  = Cost (Real Estate Only)     S  = Assessment     T  = Cash/Market
(See Column C2)     U  = Book Value     V  = Other     W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hilton, Claude M | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Virginia Public Bldg Bonds | B | Dividend | J | T | | | | | |
| 20. Virginia 21st Century Bonds | B | Dividend | J | T | | | | | |
| 21. Smith Barney Money Fund | C | Interest | K | T | | | | | |
| 22. Avaya Inc. Common | A | Dividend | J | T | Sold | 3/14 | J | A | |
| 23. Bank One Corp. Common | A | Dividend | J | T | | | | | |
| 24. Caterpillar Inc. Common | A | Dividend | J | T | Sold | 10/24 | J | B | |
| 25. First Virginia Banks Inc. Common | A | Dividend | J | T | Sold | 10/24 | J | C | |
| 26. Lockheed-Martin Corp. Common | A | Dividend | J | T | | | | | |
| 27. Lucent Technologies, Inc. Common | A | Dividend | J | T | Sold | 3/14 | J | A | |
| 28. McDonalds Corp. Common | A | Dividend | J | T | Sold | 3/14 | J | A | |
| 29. Proctor & Gamble Co. Common | A | Dividend | J | T | | | | | |
| 30. Xerox Corp. Common | A | Dividend | J | T | | | | | |
| 31. Va. State PUB FACS Bonds | C | Interest | K | T | Redemption | 12/1 | K | B | |
| 32. 1st Service Bank Common | A | Dividend | J | T | | | | | |
| 33. 1st Service Bank Money Market | B | Interest | K | T | | | | | |
| 34. Mirant Corp. Common | A | Dividend | J | T | | | | | |
| 35. Microsoft Common | A | Dividend | J | T | | | | | |
| 36. Oracle Common | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hilton, Claude M | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Arlington County, Va. Bonds | A | Interest | J | T | | | | | |
| 38. Portsmouth, Va. Bonds | A | Interest | J | T | | | | | |
| 39. VA State Bonds | B | Interest | K | T | | | | | |
| 40. Suffolk, Va. Bonds | A | Interest | J | T | | | | | |
| 41. Black Rock Insd Muni Ter Trust | A | Interest | J | T | | | | | |
| 42. Cardinal Financial | A | Dividend | J | T | Buy | 6/4 | J | A | |
| 43. Nuveen Income Fund | B | Interest | K | T | Buy | 6/4 | K | | |
| 44. AES Corp | A | Dividend | J | T | Buy | 6/3 | J | | |
| 45. Dow Chemical Co. | A | Dividend | J | T | Buy | 6/3 | J | | |
| 46. General Electric | A | Dividend | J | T | Buy | 6/3 | J | | |
| 47. Quest Diagnostics Inc. | A | Dividend | J | T | Buy | 6/3 | J | | |
| 48. Talk America Holdings, Inc. | A | Dividend | J | T | Buy | 6/3 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hilton, Claude M | 5/14/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hilton, Claude M | 5/14/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _May 13, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544